IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR No. 09-00861 PJK |
| ) | |
| REMIJIO LOVATO, JR., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

This matter having come before the Court on the motion of the United States to dismiss Counts 1 and 3 of the Indictment filed on April 9, 2009, in this case, and the Court being fully advised in the premises, finds that motion is well taken, but that the dismissal should be with prejudice.

IT IS HEREBY ORDERED that Counts 1 and 3 of the Indictment filed on April 9, 2009, be dismissed with prejudice.

*Paul Kelly, Jr.*
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

Submitted 10/8/2009 by:

   /S/
KYLE T. NAYBACK
Assistant United States Attorney

Modified 10/9/2009